IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARL LORESCH,

    Petitioner,                   No. CIV S-06-1771 RRB GGH P

    vs.

BILL LOCKYER, et al.,

    Respondents.               FINDINGS & RECOMMENDATIONS

_____/

        By an order filed March 28, 2007, this action was construed as a petition for writ of habeas corpus, and petitioner was ordered to file a habeas corpus petition within thirty days. The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed a habeas corpus petition. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

\\\\\

1

1 | specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 | F.2d 1153 (9th Cir. 1991).
3 | DATED:  6/20/07                                    /s/ Gregory G. Hollows
4 |                                                                   _____
  |                                                                   UNITED STATES MAGISTRATE JUDGE
  | GGH:035
5 | lore1771.ff